IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

```
-----------------------------------------------------------X
JD ELLIS, Individually and on Behalf                       :
of All Other Persons Similarly Situated,                   :       Civil Action: 5:21-cv-308-F
                                                           :
                              Plaintiff,                   :
                                                           :
              -against-                                    :
                                                           :
LOVE'S TRAVEL STOPS & COUNTRY                              :
STORES, INC.                                               :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

## CROSS-MOTION TO INVALIDATE ARBITRATION AGREEMENTS AND FOR A PROTECTIVE ORDER ENJOINING DEFENDANT FROM FURTHER IMPROPER COMMUNICATIONS

Plaintiff JD ELLIS, together with all opt-ins (collectively "Plaintiffs") moves this Court, for an Order declaring the Arbitration Agreements obtained during the pendency of this action as unenforceable as to the claims asserted in this litigation, issuance of a protective order enjoining the Defendant from further improper communications, as well as such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon the Memorandum of Law in Response to Defendant's Motion to Dismiss and Compel Arbitration [Dkt. No. 20], and Plaintiffs' Cross Motion to Invalidate Arbitration Agreements and for a Protective Order Enjoining Defendant from Further Improper Communications, together with the attached Exhibits 1-3.

Dated: July 9, 2021
      Tulsa, Oklahoma

Respectfully submitted,

By:   <u>*/s/ J. David Jorgenson*</u>
J. David Jorgenson
Mark A. Waller, OBA 14831
Email: djorgenson@wjwattorneys.com
E-mail: mwaller@wjwattorneys.com
**WALLER JORGENSON, PLLC**
401 South Boston Avenue
Suite 500
Tulsa, Oklahoma 74103
Telephone: (918) 629-3350
Facsimile: (918) 699-0325

Marc S. Hepworth*
E-mail: mhepworth@hgrlawyers.com
Charles Gershbaum*
E-mail: cgershbaum@hgrlawyers.com
David A. Roth*
E-mail: droth@hgrlawyers.com
Rebecca S. Predovan*
E-mail: rpredovan@hgrlawyers.com
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801

Gregg I. Shavitz
E-mail: gshavitz@shavitzlaw.com
Paolo C. Meireles
E-mail: pmeireles@shavitzlaw.com
Logan A. Pardell
E-mail: lpardell@shavitzlaw.com
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

**pro hac vice* application forthcoming

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on July 9, 2021, I caused to be served a true copy of this document on all counsel of record via the Court's Electronic Case Filing System.

Dated: July 9, 2020                 */s/ J. David Jorgenson*
      New York, NY                 J. David Jorgenson, Esq.