IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

```
-----------------------------------------------------------X
JAMES STODDARD, Individually and on         :
Behalf of All Other Persons Similarly Situated, :   Civil Action: 5:21-cv-308-F
                                            :
              Plaintiff,                    :
                                            :
           -against-                        :
                                            :
LOVE'S TRAVEL STOPS & COUNTRY               :
STORES, INC.                                :
                                            :
              Defendant.                    :
-----------------------------------------------------------X
```

## JOINT NOTICE OF SETTLEMENT

Plaintiff James Stoddard ("Plaintiff") and Love's Travel Stops & Country Stores, Inc. ("Defendant"), by and through the undersigned counsel, hereby provide notice to the Court that the Parties have reached a settlement in principle and are in the process of finalizing the terms of a comprehensive settlement agreement. The parties respectfully request four weeks from the date of filing this Notice, or December 18, 2023, to file their Settlement Agreement for review and approval.

RESPECTFULLY SUBMITTED THIS 20TH DAY OF NOVEMBER, 2023, BY:

| | |
|---|---|
| By: */s/ Paolo C. Meireles* | By: */s/ Molly Aspan* |
| Paolo C. Meireles | Molly Aspan, OBA No. 19752 |
| E-mail: pmeireles@shavitzlaw.com | E-mail molly.aspan@practus.com |
| Gregg I. Shavitz | **PRACTUS, LLP** |
| E-mail: gshavitz@shavitzlaw.com | 3400 East 33rd Street |
| Tamra C. Givens | Tulsa, Oklahoma 74135 |
| E-mail: tgivens@shavitzlaw.com | Telephone: (918) 694-6970 |
| **SHAVITZ LAW GROUP, P.A.** | |
| 951 Yamato Road, Suite 285 | *Attorneys for Defendant* |

1

Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

Marc S. Hepworth**
E-mail: mhepworth@hgrlawyers.com
Charles Gershbaum**
E-mail: cgershbaum@hgrlawyers.com
David A. Roth**
E-mail: droth@hgrlawyers.com
Rebecca S. Predovan*
E-mail: rpredovan@hgrlawyers.com
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801

J. David Jorgenson
Email: djorgenson@wjwattorneys.com
Mark A. Waller, OBA 14831
E-mail: mwaller@wjwattorneys.com
**WALLER JORGENSON, PLLC**
401 South Boston Avenue
Suite 500
Tulsa, Oklahoma 74103
Telephone: (918) 629-3350
Facsimile: (918) 699-0325

*pro hac vice* admitted
**pro hac vice* application forthcoming

*Attorneys for Plaintiff and the Collective*