IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

```
-------------------------------------------------------X
JAMES STODDARD, Individually and on       :
Behalf of All Other Persons Similarly Situated,  :    Civil Action: 5:21-cv-308-F
                                          :
              Plaintiff,                   :
                                          :
       -against-                           :
                                          :
LOVE'S TRAVEL STOPS & COUNTRY             :
STORES, INC.                              :
                                          :
              Defendant.                   :
-------------------------------------------------------X
```

## ORDER

THIS MATTER came before the Court upon Plaintiff's Unopposed Motion to Approve Settlement Agreement, Including Award of Attorneys' Fees And Costs. Having reviewed the Motion and all accompanying papers, and the Court being otherwise fully advised, it is ORDERED AND ADJUDGED as follows:

Plaintiffs' Motion is GRANTED. The Court finds that the Parties' Settlement of this Fair Labor Standards Act, 29 U.S.C. § 216(b) Collective Action is fair, reasonable, and just.

1. The Parties' Settlement Agreement and all of its terms are APPROVED. The Settlement Administrator is authorized to send the notices and issue payments pursuant to the terms of the Settlement.

2. This Action is DISMISSED WITH PREJUDICE.

3. This Court will RETAIN JURISDICTION to enforce the Settlement until the conclusion of the settlement administration process.

4. The case is closed, and any pending motions are denied as moot.

**So Ordered this 9th day of February, 2024.**

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0308p028.PO.docx